UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:11-CR-06 |
| | ) | |
| GARRETT STORM HICKEY | ) | |
| ALEX CHRISTOPHER DOUGLAS | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated April 12, 2011. [Doc. 52]. The Magistrate Judge recommends that the defendants' motions to suppress evidence seized allegedly in violation of the "knock and announce rule" be denied. The defendants have filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, the defendants' motions to suppress, the response of the government, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendants' motions to suppress are **DENIED.** [Docs. 35 and 37].

ENTER:

                                                                 s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE